IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHAD COMBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cv-181-GPM-DGW |
| | ) | |
| JOHN DOES 1-3, JANE DOE, NURSE PEEK, | ) | |
| and VIPIN SHAH, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

On June 3, 2013, this Court directed Plaintiff, Chad Combs, to provide descriptions of the John Doe and Jane Doe Defendants in order to effect service of process. Plaintiff has provided descriptions of their work scope, but not a physical description, in a Notice filed on June 12, 2013 (Doc. 33). Plaintiff describes the unknown Defendants as:

1. **John Doe 1**: A correctional officer holding the rank of Lieutenant in the 5 house segregation wing at Pinckneyville Correctional Center from February 2012 to July 2012 and who worked on the 1st shift (7 a.m.) and who was responsible for allowing/disallowing yard time.

2. **John Doe 2**: A correctional officer stationed in 5 house segregation wing at the Pinckneyville Correctional Center from February 2012 to July 2012 and who worked on the 1st shift (7 a.m.) and who was responsible for allowing/disallowing yard time.

3. **John Doe 3**: A correctional officer stationed in 5 house segregation wing at the Pinckneyville Correctional Center from February 2012 to July 2012 and who worked on the 1st shift (7 a.m.) and who was responsible for allowing/disallowing yard time.

4. **Jane Doe**: A nurse employed by Wexford Healthcare who was assigned to Pinckneyville Correctional Center and was present on March 20, 2012 during the 2nd shift and who responded to a "medical emergency due to a seizure" on that day.

Pursuant to these descriptions, and within **21 days** of the date of this Order, Pinckneyville Correctional Center or Defendant Shah **SHALL** provide the Clerk with the name and contact information for Defendants John Does 1-3 and Jane Doe using the above information provided by Plaintiff. This information shall be used by the Clerk only for effecting service on these Defendants. Any documentation of the addresses shall not be maintained in the court file or otherwise disclosed by the Clerk. If Pinckneyville Correctional Center or Defendants cannot identify the John Doe Correctional Officers or Jane Doe with the information above, they shall so inform the Court within the time limit above.

The Clerk is **DIRECTED** to mail a copy of this Order to the Litigation Coordinator at the Pinckneyville Correctional Center, who shall provide this Order to knowledgeable personnel.

Plaintiff is nonetheless informed that, notwithstanding the assistance provided by Defendant and Pinckneyville, if these Defendants cannot be identified based on the information provided by Plaintiff, they may be dismissed from this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and 15(c).

**IT IS SO ORDERED.**

**DATED: June 20, 2013**

                     **DONALD G. WILKERSON**
                     **United States Magistrate Judge**