IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHAD COMBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-181-GPM-DGW |
| ) | |
| JOHN DOES 1-3, JANE DOE, NURSE PEEK, ) | |
| and VIPIN SHAH, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court regarding service of process on Defendants John Does 1-3 and Jane Doe. On June 20, 2013 (Doc. 35), this Court directed the Pinckneyville Correctional Center and Defendant Shah to provide the names of the unknown Defendants based on the description provided by Plaintiff in a notice filed on June 12, 2013 (Doc. 33). In response, Pinckneyville CC and Dr. Shah have indicated that the Jane Doe is Tammy Harmon, an LPN employed by Wexford who works at Pinckneyville. Pinckneyville also indicated that the information provided by Plaintiff is insufficient to determine the identity of the John Doe Defendants. Plaintiff also provided another notice, dated June 24, 2013, which indicates that the John Doe Defendants worked the first shift on Saturdays and Sundays from February 2012 to July 2012.

In light of the information received by the Court, Plaintiff is directed to provide a physical description of the John Doe Defendants (i.e. height, weight, skin color, hair color, etc.) that would provide the prison more information in identifying these individuals. Plaintiff shall also provide

the particular days on which he interacted with these Defendants. Plaintiff shall provide this information by **July 31, 2013**.

With respect to Tammy Harmon, Plaintiff **SHALL submit to the Court a proposed Second Amended Complaint** substituting "Jane Doe" with Tammy Harmon where appropriate. No other changes to the Amended Complaint are authorized at this time. The proposed Second Amended Complaint shall be filed by **July 31, 2013.** Plaintiff is informed that Tammy Harmon will not be a defendant and will not be served in this matter until an appropriate second amended complaint is filed.

Upon approval of the Second Amended Complaint, the Clerk of Court shall prepare for Defendant **TAMMY HARMON**: (1) Form 5 (Notice of a Lawsuit and Request to Waive Service of a Summons), and (2) Form 6 (Waiver of Service of Summons). The Clerk is **DIRECTED** to mail these forms, a copy of the complaint, and this Memorandum and Order to the Defendant's place of employment, the Pinckneyville Correctional Center. If Defendant Harmon fails to sign and return the Waiver of Service of Summons (Form 6) to the Clerk within 30 days from the date the forms were sent, the Clerk shall take appropriate steps to effect formal service on Ms. Harmon, and the Court will require that Ms. Harmon pay the full costs of formal service, to the extent authorized by the Federal Rules of Civil Procedure.

If Ms. Harmon no longer can be found at the Pinckneyville Correctional Center, the employer shall furnish the Clerk with the Defendant's current work address, or, if not known, the Defendant's last-known address. This information shall be used only for sending the forms as directed above or for formally effecting service. Any documentation of the address shall be

retained only by the Clerk. Address information shall not be maintained in the court file or disclosed by the Clerk.

The Clerk is **DIRECTED** to mail a copy of this Order to the litigation coordinator at Pinckneyville CC.

**IT IS SO ORDERED.**

**DATED: July 10, 2013**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**